IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RANDOLPH C. FLINN,
    Petitioner,

vs.                            Case No. 3:06cv69/LAC/EMT

STATE OF FLORIDA, et al.,
    Respondents.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 9, 2006. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice.

3. All pending motions are denied as moot.

**DONE AND ORDERED** this 13th day of April, 2006.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**